UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
REGION 3
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| Hae Sook Chung | : |
| | : Case No.: 14-31599 (DHS) |
| Debtor | : |
| _____ | : |

NOTICE VACATING APPOINTMENT OF CHAPTER 7 TRUSTEE

On this 5th day of December, 2014 notice is hereby entered vacating the appointment of

Robert B. Wasserman, Esq., as chapter 7 trustee in the above-referenced matter.

ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
REGION 3


By: */s/ Martha R. Hildebrandt*
    Martha R. Hildebrandt
    Assistant United States Trustee