UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | :     Chapter 7 |
| Hae Sook Chung | : |
| | :     Case No.: 14-31599 (DHS) |
| Debtor | : |

APPOINTMENT OF SUCCESSOR INTERIM TRUSTEE
AND DESIGNATION OF REQUIRED BOND

     Charles M. Forman, Esq., of Paramus, New Jersey, is hereby appointed, pursuant to 11 U.S.C. § 701(a), as Interim Trustee of the above-named debtor.  If no trustee is elected, you shall serve as the trustee in this case by operation of law.  11 U.S.C. § 702(d).

     The amount of your bond is covered by the Bond of Interim Trustee/Trustee in chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with this office and the Bankruptcy Court.  Pursuant to the Blanket Acceptance of Appointment filed with the Clerk of the Bankruptcy Court and the United States Trustee, you are required to notify the United States Trustee, in writing, within five (5) business days after receipt of this notice if you reject this appointment.  If you receive any liquid assets as trustee for the estate, you must immediately notify this office so that your bond may be increased.

Dated: December 5, 2014

                                            ROBERTA A. DeANGELIS
                                            UNITED STATES TRUSTEE
                                            REGION 3

                               By:   /s/ *Martha R. Hildebrandt*
                                       Martha R. Hildebrandt
                                       Assistant United States Trustee