Form 199 – ntcreschfstmtg

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  14−31599−DHS
        Chapter:  7
        Judge:  Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hae Sook Chung
   956 Virgil Avenue
   Ridgefield, NJ 07657

Social Security No.:
   xxx−xx−8297

Employer's Tax I.D. No.:

### NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
### AND RESCHEDULING OF MEETING
### OF CREDITORS

    NOTICE IS HEREBY GIVEN that Charles M. Forman was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Charles M. Forman, Trustee.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:           1/12/15
Time:          11:00 AM
Location:     Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102−5504

    Please note, all previously scheduled deadlines remain the same.

Dated: December 8, 2014
JJW:

                              James J. Waldron
                              Clerk