UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E, F, G, H
# OR LIST OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

DATED: _____          _____
                                        Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____ or to the List of Creditors on _____ that:

- ❏ Deletes a creditor or creditors
- ❏ Modifies a previously listed creditor or creditor information
- ❏ Adds a creditor or creditors
- ❏ Modifies the list of parties to contracts or leases
- ❏ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor shall serve notice of the Amendment to the trustee in the case, if any, within 14 days of the date of this Order.

It is Further ORDERED that the debtor shall serve notice of the Amendment to the creditors or other parties who are being deleted or modified within 14 days of the date of this Order.

It is Further ORDERED that the debtor(s) shall serve on added creditors, within 14 days of the date of this Order, the following:

1. A copy of the applicable Notice of Commencement of Case under the Bankruptcy Code, Meeting of Creditors and Deadlines (Official Forms 9A through 9I), and

2. In a Chapter 11 case:
    a) a copy of the last modified plan and disclosure statement, if any, and
    b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
    a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and
    b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that within 14 days of the date hereof, the debtor(s) shall file a certification of compliance with the above Order.

*rev. 8/1/12*